**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YEFRY VALDEZ,                                                    :
                                                                :
                                    Petitioner,                 :
                                                                :
            -against-                                           :
                                                                :
WILLIAM JOYCE, *in his official capacity as District*          :          ORDER
*Director of New York, Immigration and Customs*                :
*Enforcement*; KRISTI NOEM *in her official capacity as*       :      25 Civ. 4627 (GBD)
*Secretary of Homeland Security*; PAM BONDI, *in her*          :
*official capacity as Attorney General*,                       :
                                                                :
                                    Respondents.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Respondent's June 7, 2025 request for an adjournment of the

briefing schedule. It is hereby ordered that Respondents' return on the Order to Show Cause is

extended to June 10, 2025. It is further ordered that Petitioner's reply is extended to June 11, 2025.

Dated: New York, New York
      June 9, 2025

                                SO ORDERED.

                                *George B Daniel*

                                GEORGE B. DANIELS
                                United States District Judge