UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

YEFRY VALDEZ,

                        Petitioner,

       -against-

WILLIAM JOYCE, *in his official capacity as District Director of New York, Immigration and Customs Enforcement*; KRISTI NOEM *in her official capacity as Secretary of Homeland Security*; PAM BONDI, *in her official capacity as Attorney General*,

                       Respondents.

------------------------------------x

ORDER

25 Civ. 4627 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Upon consideration of Petitioner's First Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, the accompanying declarations, and exhibits, IT IS HEREBY ORDERED that Respondents shall immediately release Petitioner from custody.

Dated: New York, New York
       June 18, 2025

                                            SO ORDERED.

                                            */s/ George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge