**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YEFRY VALDEZ,

                    Petitioner,         25 **CIVIL** 4627 (GBD)

     -against-                                <u>**JUDGMENT**</u>

WILLIAM JOYCE, *in his official capacity as District Director of New York, Immigration and Custon1s Enforcement*; KRISTI NOEM *in her official capacity as Secretary of Homeland Security*; PAM BONDI, *in her official capacity as Aflorney General*,

                    Respondent.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 18, 2025, Petitioner's First Amended Petition for a Writ of Habeas Corpus, (ECF No. 4), is GRANTED. Respondents are ORDERED to immediately release Petitioner from custody. Accordingly, the petition is dismissed, and the case is closed.

**DATED:** New York, New York
            June 18, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                    **BY:**

                                                     **Deputy Clerk**